**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DELAWARE HEALTH CORPORATION,        :
a Delaware corporation,
                                    :

      Plaintiff,

                                    :

v.                                         Case No.

                                    :

MICHAEL O. LEAVITT,
Secretary of the United States      :
Department of Health and Human Services,

                                    :

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Delaware Health

Corporation, by and through its undersigned attorney, states:

  The parent corporation of plaintiff Delaware Health Corporation, a Delaware corporation,

is Hoosier Care, Incorporated, a not-for-profit Indiana corporation.    Neither Delaware Health

Corporation nor Hoosier Care, Incorporated, is a publicly held corporation.

        SMITH, KATZENSTEIN & FURLOW LLP

        Robert J. Katzenstein (ID No. 378)
        Etta R. Wolfe (ID No. 4164)
        800 Delaware Avenue, 10th Floor
        P.O. Box 410
        Wilmington, DE  19899-0410
        Attorneys for Plaintiff
        Delaware Health Corporation

OF COUNSEL:
Barry Bach, Federal Bar No. 01795
Henry E. Schwartz, Federal Bar No. 07739
Hodes, Pessin & Katz, P.A.
Henry E. Schwartz LLC
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
410.938.8800
410.832.5640 (facsimile)

Date:   December 19, 2007