# United States District Court
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE HEALTH CORPORATION,<br>a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United States Department of<br>Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: 07 – 829 |

TO: (Name and address of Defendant)    Michael O. Leavitt, Secretary of the United
States Department of Health and Human Services
c/o The Honorable Colm F. Connolly
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address):

Robert J. Katzenstein, Esquire
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____PETER T. DALLEO_____    ____12/19/07_____
CLERK    DATE

___[signature]_____
(BY) PER DEPUTY CLERK

07276|SUMM|10035403.WPD

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/20/-7 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MICHAEL O. LEAVITT, SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES C/O COLM F. CONNOLLY U.S. ATTORNEY AT 1007 N. ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY JACK MAUGHAL

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.