IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE HEALTH CORPORATION,<br>a Delaware corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 07-829-UNA |
| MICHAEL O. LEAVITT,<br>Secretary of the United States<br>Department of Health and Human Services, | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Barry Bach to represent plaintiff Delaware Health Corporation in this matter.

Date: December 21, 2007

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert J. Katzenstein (ID No. 378)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
rjk@skfdelaware.com

Attorneys for Plaintiff Delaware Health Corporation

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
United States District Judge

{07806}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Barry Bach

Date: 12/17/07

Hodes, Pessin & Katz, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 212004
(410) 938-8800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Motion for Admission *Pro Hac Vice* of Barry Bach was caused to be served this 21st day of December 2007 on the following by first class mail:

    Colm F. Connolly, Esquire
    United States Attorney's Office
    District of Delaware
    1007 N. Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899

    Michael B. Mukasey, Attorney General
     of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530-0001

    Michael O. Leavitt, Secretary of the United
     States Department of Health and Human Services
    c/o General Counsel of the Department of Health
     and Human Services
    200 Independence Avenue, S.W.
    Washington, D.C. 20201

    General Counsel of the
    Department of Health and Human Services
    200 Independence Avenue, S.W.
    Washington, D.C. 20201

                                                                  _____
                                                                   Robert J. Katzenstein (ID No. 378)