IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE HEALTH CORPORATION, a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United States<br>Department of Health and Human Services,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 07-829-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Henry E. Schwartz to represent plaintiff Delaware Health Corporation in this matter.

Date: December 21, 2007

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert J. Katzenstein (ID No. 378)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
rjk@skfdelaware.com

Attorneys for Plaintiff Delaware Health Corporation

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Henry E. Schwartz

Date: 12/17/07

Henry E. Schwartz, LLC
901 Dulaney Valley Road
Suite 400
Towson, MD 212004
(410) 938-8703

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Motion for Admission *Pro Hac Vice* of Henry E. Schwartz was caused to be served this 21st day of December 2007 on the following by first class mail:

>Colm F. Connolly, Esquire
>United States Attorney's Office
>District of Delaware
>1007 N. Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899
>
>Michael B. Mukasey, Attorney General
> of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Michael O. Leavitt, Secretary of the United
>  States Department of Health and Human Services
>c/o General Counsel of the Department of Health
> and Human Services
>200 Independence Avenue, S.W.
>Washington, D.C. 20201
>
>General Counsel of the
>Department of Health and Human Services
>200 Independence Avenue, S.W.
>Washington, D.C. 20201

                                                Robert J. Katzenstein (ID No. 378)