IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE HEALTH CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary of the United States ) <br> Department of Health and Human Services, ) <br> ) <br> Defendant. ) | Case No. 07-829-***-LPS |

**AFFIDAVIT OF SERVICE**
(Service on Michael O. Leavitt, Secretary of the
United States Department of Health and Human Services)

STATE OF DELAWARE        :
                         :    SS.
NEW CASTLE COUNTY        :

I, Robert J. Katzenstein, being duly sworn according to law, do depose and say:

1. On December 19, 2007, I caused to be filed a Complaint for Judicial Review of Final Adverse Agency Decision on Medicare Reimbursement (D.I. 1) (the "Complaint"). Pursuant to Fed. R. Civ. P. 4(i)(2), on December 20, 2007, a copy each of the Complaint, the Summons, the Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (D.I. 2), Plaintiff's Corporate Disclosure Statement (D.I. 3), the Civil Cover Sheet, and the Acknowledgment of Receipt for AO Form 85, was sent by certified mail to:

> Michael O. Leavitt, Secretary of the United States
>  Department of Health and Human Services
> c/o General Counsel of the Department of Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, D.C. 20201

The certified mail receipt for this mailing is attached hereto as Exhibit A.

    2.    The signed green card returned by the postal service on January 7, 2008 indicating the certified mail envelope was received by the United States Department of Health and Human Services on December 26, 2007 is attached hereto as Exhibit B.

*[signature]*
Robert J. Katzenstein (ID No. 378)

SWORN TO AND SUBSCRIBED before me this 7th day of January 2008.

*[signature]*
Notary Public

My commission expires: 3-25-2008

ELLEN Y. SEBASTIANI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 25, 2008

# EXHIBIT A



**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _N25_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  _LAWRENCE_<br>C. Date of Delivery  _12-26-07_ |
| 1. Article Addressed to:<br>Michael O. Leavitt, Secretary of the U.S. Dept. of Health and Human Services c/o General Counsel to the Department of HHS 200 Independence Ave, S.W. Washington, D.C. 20201 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0001 9465 1801 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

USA E4S

RECEIVED
JAN 0 7 2008
RJK

Smith, Katzenstein and Furlow LLP
PO Box 410
Wilmington, DE 19899-0410

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Affidavit of Service re: service of process on Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, was caused to be served this 7th day of January 2008 on the following by first class mail:

>Colm F. Connolly, Esquire
>United States Attorney's Office
>District of Delaware
>1007 N. Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899
>
>Michael B. Mukasey, Attorney General
> of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Michael O. Leavitt, Secretary of the United
> States Department of Health and Human Services
>c/o General Counsel of the Department of Health
> and Human Services
>200 Independence Avenue, S.W.
>Washington, D.C. 20201
>
>General Counsel of the
>Department of Health and Human Services
>200 Independence Avenue, S.W.
>Washington, D.C. 20201

_____
Robert J. Katzenstein (ID No. 378)

07806|COS|10036017.WPD