IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE HEALTH CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 07-829-SLR |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 29th day of March, 2008,

IT IS ORDERED that a telephone conference shall be held on **Tuesday, April 8, 2008**, at 8:30 a.m. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge