IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE HEALTH CORPORATION, )<br>a Delaware corporation )<br>  )<br>  Plainitff, )<br>  )<br>v. )<br>  )<br>MICHAEL O. LEAVITT, )<br>  )<br>  Defendant. ) | Civ. No. 07-829-SLR |

## STIPULATION AND ORDER

Now come, Delaware Health Corporation, doing business as Harbor Healthcare & Rehabilitation Center, Plaintiff, and Michael O. Leavitt, Defendant by their undersigned counsel, and, pursuant to the Scheduling Conference with the Court held on April 8, 2008, jointly request that the Court enter a Scheduling Order, providing as follows:

(1) Parties file Motions for Summary Judgment
and Opening Briefs                                                  – June 13, 2008

(2) Parties file Reply Briefs                                     – July 18, 2008

(3) Oral Argument                                                  – August 22, 2008 at
                                                                                  9:00 a.m.

/s/ Robert J. Katzenstein
Robert J. Katzenstein, Esq.
ID No. 378
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

/s/ Barry Bach
Barry Bach, Pro Hac Vice
Henry E. Schwartz, Pro Hac Vice
HODES, PESSIN & KATZ
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

Attorneys for Delaware Health Corporation, doing business as Harbor Health and Rehabilitation Center, Plaintiff


/s/ Lesley Frieder Wolf
Lesley Frieder Wolf
Assistant United States Attorney
District of Delaware
1007 N. Orange Street
P.O. Box 2046
Wilmington, DE 19899


/s/ Brett Bierer
Brett Bierer
Mailstop C2-05-23
Office of General Counsel
U.S. Dpt. Of Health and Human Services
7500 Security Boulevard
Baltimore, MD 21244

Attorneys for Michael Leavitt, Defendant


SO ORDERED:

_____
United States District Judge


Date: _____