IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DELAWARE HEALTH                      *
CORPORATION,
                                     *

        Plaintiff,
                                     *

v.                                           CIV. NO. 07-829-SLR
                                     *

MICHAEL O. LEAVITT,
                                     *

        Defendant.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION FOR SUMMARY JUDGMENT**
**FILED BY PLAINTIFF DELAWARE HEALTH CORPORATION**

Now comes Delaware Health Corporation, doing business as Harbor Healthcare &

Rehabilitation Center ("Harbor"), Plaintiff, by its undersigned counsel, and moves, pursuant to

Federal Rule of Civil Procedure 56, for summary judgment, on the grounds that there is no

genuine dispute as to any material issue of fact and Harbor is entitled to a reversal of the ruling

of the Secretary of the Department of Health and Human Services (collectively "DHHS"), as a

matter of law, and for reasons state:

1.  This case arises out of an appeal from the decision of DHHS reversing a ruling by

    the Medicare Provider Reimbursement Revision Board ("PRRB").

2.  The parties, with the approval of the Court, have agreed to file cross motions for

    summary judgment to resolve this administrative appeal.

3.  The grounds for the motion are as follows:

    3.1 The Intermediary (the Medicare Contractor which performs audits upon

        submissions for reimbursement by Medicare providers) failed to provide timely

{07806|MOT|10045797.DOC}

notice of intent to reopen within the time frame provided by the applicable

regulations and DHHS manuals.

3.2 DHHS's reversal and affirmance of the PRRB ruling was arbitrary, capricious and

lacked evidentiary support.

3.3 And for the reasons set forth in the accompanying Opening Brief of Plaintiff

Delaware Health Corporation in Support of its Motion for Summary Judgment,

which is incorporated by reference herein.

Respectfully submitted by:

SMITH, KATZENSTEIN & FURLOW LLP

Robert J. Katzenstein (ID No. 378)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899-0410
302.652.8400
302.652.8405 (facsimile)

Attorneys for Plaintiff
Delaware Health Corporation, doing business as
Harbor Healthcare & Rehabilitation Center

Of Counsel:
Barry Bach
Henry E. Schwartz
Hodes Pessin & Katz, P.A.
Henry E. Schwartz LLC
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
410.938.8800
410.832.5640 (facsimile)

Dated:        June 13, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2008, a copy of Motion for Summary Judgment filed by Plaintiff Delaware Health Corporation was served in the manner indicated on the following:

**BY E-FILE**
Lesley Frieder Wolf, Esquire
Assistant United States Attorney
District of Delaware
1007 N. Orange Street
P.O. Box 2046
Wilmington, DE 19899

**BY FIRST CLASS MAIL**
Brett Bierer, Esquire
Mailstop C2-05-23
Office of General Counsel
U.S. Dpt. Of Health and Human Services
7500 Security Boulevard
Baltimore, MD 21244

_____
Robert J. Katzenstein (ID No. 378)