UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE HEALTH CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United States<br>Department of Health and<br>Human Services,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)  CIV No. 07-829-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

The Clerk will please **enter** the appearance of Brett J. Bierer as counsel for the Defendant in the above-entitled case.

Respectfully submitted,

_____
Brett J. Bierer
Department of Health and Human Services
Office of the General Counsel–CMS Division
7500 Security Blvd., C2-05-23
Baltimore, MD 21244-1850
(410) 786-1473